Decided November 23, 2004

## WOODY BOISETTE *v.* COMMISSIONER OF CORRECTION

The petitioner Woody Boisette's petition for certification for appeal from the Appellate Court, 85 Conn. App. 732 (AC 24284), is denied.

*Aaron J. Romano,* special public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided December 1, 2004